UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TELISHA CAIN | * | CIVIL ACTION 15-351 |
| | * | |
| VERSUS | * | JUDGE JOHN W. DEGRAVELLES |
| | * | |
| HALLMARK CARDS, INC. | * | MAGISTRATE JUDGE |
| | * | STEPHEN C. RIEDLINGER |

* * * * * * * * * * * * * *

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, Hallmark Cards, Incorporated ("Hallmark"), who, pursuant to Federal Rule of Civil Procedure 56(a), moves the Court for summary judgment against the Complaint of Plaintiff, Telisha Cain.

The Complaint purports to assert a copyright claim against Hallmark over a poem that Diana Manning, a contract writer, created for Hallmark in 1998 (the "Poem"). Ms. Cain alleges she wrote the Poem in 2005 and later found the Poem on a Hallmark greeting card. Hallmark's summary judgment evidence, however, establishes beyond dispute: (1) that the Poem was written for Hallmark years before the date that Ms. Cain alleges she wrote the Poem and (2) that Hallmark, not Ms. Cain, owns the copyright to the Poem. Thus, Hallmark cannot be liable to Ms. Cain for copyright infringement of the Poem. There is no genuine dispute as to any material fact, and Hallmark is entitled to judgment as a matter of law.

In support of this motion, Hallmark submits: (1) its memorandum in support of motion for summary judgment; (2) its statement of undisputed material facts; (3) the Affidavit of Diana Manning, the creator of the Poem, and Exhibit "1" to Ms. Manning's affidavit; and (4) the Affidavit of Kenneth Rock, Hallmark's eDiscovery leader, and exhibits "1" through "4" to Mr. Rock's affidavit.

Hallmark also asks the Court to award it costs including reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

WHEREFORE, Hallmark prays that the Court grant its motion for summary judgment and enter judgment in favor of Hallmark and against Ms. Cain and at Ms. Cain's costs, including Hallmark's reasonable attorneys' fees.

Respectfully submitted,

**PHELPS DUNBAR LLP**

/s/ Mary Ellen Roy
Mary Ellen Roy, T.A. (La. Bar #14388)
Dan Zimmerman (La. Bar #2202)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
roym@phelps.com
dan.zimmerman@phelps.com

**ATTORNEYS FOR DEFENDANT,
HALLMARK CARDS, INCORPORATED**

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of October, 2015 electronically filed this motion for summary judgment with the Clerk of Court by using the CM/ECF system and mailed a copy to Plaintiff, Telisha Cain, at her address of record, 1854 North Street, Baton Rouge, LA 70802.

/s/ Mary Ellen Roy