# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TELISHA CAIN                    CIVIL ACTION 15-351

VERSUS                          JUDGE JOHN W. DEGRAVELLES

HALLMARK CARDS, INC             MAGISTRATE JUDGE
                                STEPHEN C. RIEDLINGER


## MEMORANDUM IN OPPOSITION TO SUMMARY JUDGEMENT


NOW INTO COURT, comes proper person Telisha Cain plaintiff who moves to ask this honorable court to deny the defendants motion for Summary Judgment for the following reason:


## STATEMENT OF FACTS


On May 19, 2005, plaintiff submitted a poem to poetry.com. (See ex 1) On June 7, 2005, poetry.com. Informed plaintiff that her poem was selected by poetry.com. Selection committee to be a semi- finalist in there International open poetry contest, poetry.com also informed plaintiff that she retain her copyrights to her poem and sent her a confirmation letter (see ex 2). Pursuant to article Copyright law; your work is under copyright protection the moment it is created and fixed in a tangible form that is perceptible either directly or with the aid of a machine or device.

On May 15, 2006 Plaintiff went into the Wal-Mart on N. Mall Dr to purchase a birthday card, and noticed the title, I'm Falling in Love With You and begin to read the poem on the card which was identical to Plaintiffs work.

On March 2013 Plaintiff found a more up to date card with her poem, "I'm Falling In Love With You" on it, and also throughout 2014- May 29, 2015.

On May 24, 2013 Plaintiff received Certificate of Registration for Poem, "I'm Falling In Love With You" through Library of Congress. (See ex 3)

Plaintiff contacted and informed defendant Hallmark Cards Inc., in 2013 of said copyright infringement, because plaintiff has found and noticed her poem verbatim on the shelf at Wal-Mart on North Mall Drive in Baton Rouge, LA., where she purchased the greeting card named "Love Birthday."

Throughout the initial finding in 2006, and through continuous contact with plaintiff made to defendants, defendants have changed the name and continued to print for profit the poem plaintiff wrote. The defendant's assertion that they created the poem in 1998 without proof of registration or without proof of proper copyrights of the poem is only hearsay on defendant's behalf. Plaintiff has already provided proof of registration as shown in exhibit 3, ownership.

## ARGUMENT

**1.) Telisha Cain created the work and published it in 2005 to Poetry.com and is the rightful owner of the poem for non work for hire.**

The evidence shows that Telisha Cain created the poem in 2005 and posted it onto a secure website (poetry.com) with tangible copyrights. If Ms. Manning created the work in 1998, the proof of copyrights and registration has not been presented.

**2.) Ms. Cain, not Hallmark owns the copyright to the poem, "Im Falling In Love With You".**

Plaintiff had copyright on poetry.com where it states that over 700 million authors and publishers has access to view other peoples work on their website.

**3.) Hallmark is liable to Ms Cain for Copyright Infringement because Ms. Cain, not Hallmark owns copyright to poem.**

Even though registration of a copyright is "prima facie evidence of the validity of the copyright, only if the registration made before or within five years after first publication of the work, the copyright law US 17 chapter 4 (401)(a)Your work is under copyright protection the moment it

is created and fixed in a tangible form that it is perceptible either directly or with the aid of a machine or device.

## CONCLUSION

Ms. Manning and Hallmark Cards, Inc have not presented any evidence of ownership of the poem. As a work of hire for over 20 years with Hallmark Cards, Inc, Ms. Manning has failed to copyright or register the poem with Library of Congress, nor on her work presented in the exhibits. So therefore I ask this honorable court dismiss Defendants Summary of Judgment and rule in Plaintiff favor for she is the rightful owner of the poem.

Plaintiff respectfully ask the court to rule in favor of Plaintiff and award all royalties, and entitlements under the US Code Title 17 Chapter 5 Copyright Infringement.

Respectfully submitted,

Telisha Cain

1854 North Street

Unit 212

Baton Rouge, La 70802

(225) 270-5010

## CERTIFICATE OF SERVICE

I hereby certify that on this day____28th____ of December, 2015 Plaintiff mailed Defendant a copy of memorandum of opposition in motion to summary of judgement. Dan Zimmerman, Canal Place 365 Canal Street Suite 2000, New Orleans, La 70130-6534.

Exhibit (1)



## I'm Falling in Love with You

Doesn't seem like enough
to sya to someone
who means as much to me as you do,
Someone who floats
in out of my thoughts all day long
And shows up in my dreams
at night...Someone who makes life
exciting and unpredictable for me,
Who talks me into
doing crazy things
that wouldn't be fun
with anyone else
I can't describe the feeling I get
when I see you from a distance
with that smile of yours
on your face
It's part excitment,part anticipation,part nervousness,
sort of like a first date
Anyway,let me just say,
I'm falling in love with you.

*Telisha Maranda Cain*

Copyright ©2005 Telisha Maranda Cain



# Exhibit (2)



*poetry*.COM
The International Library of Poetry

June 7, 2005

VIP P7022063
Telisha Cain
5275 Melrose Blvd
Baton Rouge LA  70806-3519

Dear Telisha,

   After carefully reading and discussing your poem, our Selection Committee has certified your poem as a semi-finalist in our International Open Poetry Contest. Your poem will automatically be entered into the final competition held in June 2005. As a semi-finalist, you now have an excellent chance of winning one of 104 cash or gift prizes--including the $1,000.00 Grand Prize. You may even win the $10,000.00 Annual Grand Prize! We wish you the best of luck as you compete for these prizes in the coming weeks (a complete list of prizes is enclosed).

   And that's not all . . .

*Telisha . . . Imagine Your Poem Featured*
*on a Page by Itself in a Beautiful Coffee-table Edition!*

   In celebration of the unique talent that you have displayed, we also wish to <u>publish your poem on its own page</u> in what promises to be one of the most highly regarded  collections of poetry we have ever published . . .

## Eternal Portraits

   <u>Eternal Portraits</u>, scheduled for publication in Summer 2005, will be a classic, coffee-table quality hardbound volume--printed in two colors on fine-milled paper specifically selected to last for generations. It will make a handsome addition to any library, a treasured family keepsake, or a highly valued personal gift.

## NO OBLIGATION WHATSOEVER

   Before going any further, Telisha, let me make one thing clear . . . your poem was selected for publication, and as a contest semi-finalist, on the basis of your unique talent and artistic vision. *In this regard, you are under no obligation whatsoever to submit any entry fee, any subsidy payment, or to make any purchase of any kind.* Of course, many people do wish to acquire a book that features their poetic artistry. If this is the case, we welcome your order--and guarantee your satisfaction. Please see the enclosed material for special discount information if you would like to order or reserve a copy of <u>Eternal Portraits</u>, with a small deposit.

## SO WHAT HAPPENS NOW?

   As I mentioned, your poem has automatically been advanced to the final competition--so you do not need to take further action on the contest at this time. However, regarding the publication of your poetry, you must proofread your poem, which appears on the enclosed Artist's Proof. Please carefully review your poem for typographical errors and make any necessary changes. The Artist's Proof also

2c2f

verifies that "I'm Falling in Love with You" is your original work of art. And Telisha, let me assure you, your poem remains your property--Eternal Portraits is copyrighted as a compilation. The copyright notice is in your name. This means that you retain the copyright to your own work of art.

You must also decide if you would like to have some personal information about yourself and your poetry included in this elegant edition. You are welcome to include your motivations, the meaning poetry has in your life, the story behind your poem, or your personal philosophical point of view. Your biography will be printed on a page by itself, directly across from your poem--you will thus have two full pages in the book devoted exclusively to you and your artistry. And although we must charge a nominal typesetting fee for this service, you are under no obligation to include this information. Your poem can be published without it if you wish. Please see the enclosed Artist's Profile for further information.

In the meantime, our design department has already begun working on a distinctive layout for the page that will be devoted to your poem. But remember, you must complete the enclosed Artist's Proof and return it to us as soon as possible. And, if you wish to order or reserve a copy of Eternal Portraits at a special pre-publication discount, please return the enclosed Pre-publication Discount Reservation.

Again, congratulations, Telisha. We feel you have a special talent and look forward to the publication of your poem in Eternal Portraits.

Sincerely,

Howard Ely

Howard Ely
Managing Editor

P.S.    Telisha, you should be genuinely proud of your accomplishment. Of the thousands of poems we read each year, only a fraction can be published. We are pleased that "I'm Falling in Love with You" will be featured on a page by itself in this classic publication. And, if you order Eternal Portraits, we are so confident that you will love both the quality of the edition and the way your poem is presented, we can proudly offer an unconditional money-back guarantee. If for any reason you are dissatisfied, your money will be promptly refunded.

P.P.S.   As a poet chosen for publication, you will also be eligible to attend The International Society of Poet's Summer Convention and Symposium, to be held in Washington, D.C., August 19-21, 2005. Keep the date, a formal invitation will be sent to you soon.

*"I'm Falling in Love with You" Copyright © 2005 Telisha Maranda Cain*

THIS PROOF MUST BE RETURNED *** THIS PROOF MUST BE RETURNED *** THIS PROOF MUST BE RETURNED

## Artist's Proof
*Your poem will appear on an entire page to itself.*

### I'm Falling in Love with You
© Telisha Maranda Cain

Doesn't seem like enough
to sya to someone
who means as much to me as you do,
Someone who floats
in out of my thoughts all day long
And shows up in my dreams
at night...Someone who makes life
exciting and unpredictable for me,
Who talks me into
doing crazy things
that wouldn't be fun
with anyone else
I can't describe the feeling I get
when I see you from a distance
with that smile of yours
on your face
It's part excitment,part anticipation,part nervousness,
sort of like a first date
Anyway,let me just say,
I'm falling in love with you.

Please carefully review your poem for typographical
errors and indicate any changes directly on this proof.

B135



*Excellent poem.*

Please Initial

### Eternal Portraits*

I hereby certify that my poem, which has been accepted for publication in *Eternal Portraits*, is my original work. This is an honest and true effort of my personal creativity and will be published as my original work under my own copyright. I have carefully proofread my poem and have indicated any changes necessary. (Please note, a full page will be devoted exclusively to your poem. The printed quality of your poem will be much finer and the size much larger than it appears on this proof.)

Title _____
(please provide if currently "Untitled")

Email telishacain1@yahoo.com
* *Eternal Portraits* is a working title only. The actual title of your book may differ.

VIP P7022063 - 999   1
Telisha Cain
5275 Melrose Blvd
Baton Rouge LA  70806-3519

## Artist's Profile

Please tell us about yourself and your poetry. We are pleased to make this information available on an entire page in the book, opposite your poem. In this way, you will have two full pages devoted to you and your artistry. You may wish to include any of the following: the story behind your poem; the meaning poetry has in your life; names of family members; where you live; your education, occupation, and hobbies; your personal note or philosophical point of view. We must charge a nominal fee to cover the cost of preparing and printing this information. (You are not obligated to include this information.)

Please TYPE or PRINT neatly.  Please give only information that you wish to appear in the book.

Telisha Cain  P7022063 - 999   1  Baton Rouge LA   I'm Falling in Love with You

100-word statement: _____

_____

_____

_____

_____

_____

(See samples at right.  If more space is needed, please use the back.)

### Your Poetry Deserves The Very Best!
We pledge that every aspect of the printing and design of this volume will convey the craftsmanship and attention to detail that has earned us the reputation for publishing the highest quality poetry books available today. We guarantee that you will be delighted with the quality of this edition and the way your poem is presented. And if you choose to acquire a copy of this book, and are dissatisfied for any reason, your money will be promptly refunded.


poetry.COM

1 Poetry Plaza
Owings Mills, MD 21117
410-356-2000
www.poetry.com

© 2003 ILP

### Sauders, Emily
Missoula, Montana
"Portrait in Verse"

This poem is very special to me, as it commemorates someone who was very important in my life: my grandmother. Her courage and strength have been inspirational to me, and this verse is my way of immortalizing her and sharing her life with the world. I hope that others who have special people in their lives can relate to my love for my grandmother, and perhaps share my poem with their loved ones.

### Davis, Sharita
St. Louis, Missouri
"Family"

I feel that poetry is a gift, one that my mother gave to me, and that her mother gave to her. My poem "Family" talks about this poetic heritage. The women in my family have always expressed themselves in verse, and I am proud to be no exception. I enjoy writing poems for special occasions and as gifts to loved ones. Having the opportunity to tell someone "I love you" in a poem is a beautiful way to share one's innermost feelings.

# Do Not Write

# In This Space

Please use this bottom portion for additional information.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Exhibit (3)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-780-355**

**Effective date of registration:**

May 24, 2013

---

## Title

| | |
|---|---|
| **Title of Work:** | I'm Falling in Love with You |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |
| **Date of 1st Publication:** | May 19, 2005 |

## Author

| | |
|---|---|
| **Author:** | Telisha M. Cain |
| **Author Created:** | Entire text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1988 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Telisha Cain |
| | 5275 Melrose Blvd., Baton Rouge, LA, 70806 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Telisha M. Cain |
| **Date:** | March 28, 2013 |

---

| | |
|---|---|
| **Correspondence:** | Yes |

**Registration #:**   TX0007780355
**Service Request #:**   1-925781398



Telisha M. Cain
5275 Melrose Blvd.
Baton Rouge, LA 70806

Telisha Cain
(225)270-5010
telishacain2@gmail.com

December 27, 2015

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2015 DEC 28   AM 8:18

SIGN _____
BY DEPUTY CLERK

# VIA CERTIFIED MAIL
# RETURN SERVICE REQUESTED

Phelps Dunbar
Dan Zimmerman
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534

Re: Telisha Cain vs Hallamrk Cards, Inc CASE No 15-351

Dear Dan Zimmerman:

      I enclose of copy of the Opposition to Motion for Summary of Judgement.

                           Sincerely,

                           Telisha Cain